UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

William Carey Carlberg, Jr.

        v.                          Civil No. 08-cv-230-JL

N.H. Department of Safety, et al.


**ORDER OF RECUSAL**


Because Kelly A. Ayotte, the New Hampshire Attorney General, is on my recusal list, and because John J. Barthelmes, the Commissioner for the Department of Safety, is the husband of my judicial assistant, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.


        **SO ORDERED.**

                                    _____
                                    Joseph N. Laplante
                                    United States District Judge

Dated:  June 11, 2008

cc:  William Carey Carlberg, Jr., pro se