UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Carey Carlberg, Jr.</u>

               v.                      Civil No. 08-cv-230-PB

<u>NH Department of Safety, et al</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #32, Notice of Attorney Withdrawal, filed by James Donchess, Esq.

DATE FILED:        December 5, 2008

     The document above fails to comply with:

     LR 83.6(d)     Motion to withdraw appearance is required if certain conditions exist

     It is herewith ordered that the document is stricken, and Motion to Withdraw must be filed.

     SO ORDERED.

December 10, 2008

                                                     */s/ Paul Barbadoro*
                                                     Paul Barbadoro
                                                     United States District Judge

cc:      Counsel of Record