```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

William Carey Carlberg, Jr.

    v.                              Civil No. 08-cv-230-PB

NH Department of Safety, et al

## DISCOVERY PLAN
### Fed. R. Civ. P. 26(f)

### CASE SUMMARY

**THEORY OF LIABILITY:** See plaintiff's plan.

**THEORY OF DEFENSE:**  See defendant's plan.

**DAMAGES:** See plaintiff's plan.

**JURISDICTIONAL QUESTIONS:** Lack of jurisdiction.

**QUESTIONS OF LAW:**  See defendant's plan.

**TYPE OF TRIAL:** Jury.

### DISCOVERY

**TRACK ASSIGNMENT:**   Standard – 12 months.

**DISCOVERY NEEDED:**   Standard.

**MANDATORY DISCLOSURES (Fed. R. Civ. P. 26(a)(1)):** Per federal rule.

**ELECTRONIC INFORMATION DISCLOSURES (Fed. R. Civ. P. 26(f))**

**STIPULATION REGARDING CLAIMS OF PRIVILEGE/PROTECTION OF TRIAL PREPARATION MATERIALS (Fed. R. Civ. P. 26(f)):**

**COMPLETION OF DISCOVERY:** 10/01/2009.

**INTERROGATORIES:** 25 per party.

**REQUESTS FOR ADMISSION:** 25 per party.

**DEPOSITIONS:** 10 per side.

**DATES OF DISCLOSURE OF EXPERTS AND EXPERTS' WRITTEN REPORTS AND SUPPLEMENTATIONS:**

    Plaintiff: 04/01/2009      Defendant: 06/01/2009

**CHALLENGES TO EXPERT TESTIMONY:**

    No later than 45 days prior to trial.

## OTHER ITEMS

**JOINDER OF ADDITIONAL PARTIES:**

    Plaintiff: 03/02/2009      Defendant: 04/01/2009

**THIRD-PARTY ACTIONS:** None.

**AMENDMENT OF PLEADINGS:**

    Plaintiff: 03/02/2009      Defendant: 04/01/2009

**DISPOSITIVE MOTIONS:**
    **To Dismiss:** Pending.
    **For Summary Judgment:** 01/13/2009 on constitutional issues; 08/03/2009.

**SETTLEMENT POSSIBILITIES:** Unlikely.

**JOINT STATEMENT RE MEDIATION:** None.

**WITNESSES AND EXHIBITS:**

**TRIAL ESTIMATE:**     4-5 days.

**TRIAL DATE:**    06/02/2010

**PRELIMINARY PRETRIAL CONFERENCE:**

**OTHER MATTERS:**

    **SO ORDERED.**

                              /s/ James R. Muirhead
                              James R. Muirhead
                              United States Magistrate Judge

Date: January 13, 2009

cc:   William Carey Carlberg, Jr. pro se
      Laura E.B. Lombardi, Esq.
      Glenn R. Milner, Esq.
      James W. Donchess, Esq.